# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand and thirteen,

Sandra C. Barkley, AKA Sandra C. Barklay,

   Plaintiff - Counter Defendant - Cross Defendant - Appellee,

Scarola Malone & Zubatov LLP,

   Appellee,

v.

Olympia Mortgage Company,

   Defendant - Counter Claimant - Cross Defendant,

Thomas Messina, DLJ Mortgage Capital LLC,

   Defendants - Cross Defendants - Cross Claimants,

Alliance Mortgage Corporation, DBA Everyhome Mortgage Company, Wilshire Credit Corporation, Federal National Mortgage Association, XYZ Corporation, (Said name being fictitious, it being the intention of Plaintiff to designate any corporation having a legal interest in Plaintiff's mortgages), JP Morgan Chase Bank, as Trustee for the Home Equity Trust Series 2003-3 substituted as deft for Wilshire Credit Corporation and XYZ Corporation, Michael B. Cheatham, Credit Suisse First Boston LLC, Credit Suisse First Boston Mortgage Securities, Inc., Benjamin Turner,

   Defendants - Cross Defendants,

ORDER
Docket No. 12-2909

Michael Masciale, Certilman Balin Adler &Hyman, LLP,

   Defendants,

United Property Group, LLC, United Homes, LLC, Galit Network, LLC, Yaron Hershco,

   Defendants - Cross Defendants - Cross Claimants - Appellants.

_____

  IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for September 19, 2009 is ADJOURNED.

  Oral argument will be rescheduled at a later date.

       For The Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court